**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

**LOREN W. MAY, SR.
ADC #17748-045**                                                                                        **PLAINTIFF**

v.                                       **CASE NO. 2:12CV00113 BSM/HDY**

**T.C. OUTLAW et al.**                                                                               **DEFENDANTS**

**ORDER**

The proposed findings and recommended disposition submitted by United States Magistrate Judge H. David Young [Doc. No. 8] and the filed objections [Doc. No. 9] have been reviewed. After carefully considering these documents and making a *de novo* review of the record, it is concluded that the proposed findings and recommended disposition should be, and hereby are, approved and adopted in their entirety in all respects.

IT IS THEREFORE ORDERED that:

1.  Mr. May's complaint [Doc. No. 2] is dismissed with prejudice as frivolous.

2.  Dismissal of Mr. May's complaint constitutes a "strike" within the meaning of the Prison Litigation Reform Act (PLRA), 28 U.S.C. § 1915(g).

4.  All pending motions are denied as moot.

An appropriate judgment shall accompany this order.

IT IS SO ORDERED this 7th day of September 2012.

*Brian S. Miller*
UNITED STATES DISTRICT JUDGE